IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| BRANDON DIJON WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 325-007 |
| ) | |
| CORE CIVIC – WHEELER ) | |
| CORRECTIONAL FACILITY; H. ) | |
| PITTMAN; SERGEANT SPIKES; and ) | |
| OFFICER RAMOS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's First Amendment Free Exercise claim against Defendant Core Civic – Wheeler Correctional Facility, as well as Plaintiff's Religious Land Use and Institutionalized Persons Act individual capacity claims against Defendants Ramos, Pittman, and Spikes for money damages. This case shall proceed as described in the Magistrate Judge's May 14, 2025 Order. (Doc. no. 13.)

SO ORDERED this 13th day of June, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE