U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JUN 8 2026

FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BRANDON DIJON WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-007 |
| | ) | |
| CORE CIVIC – WHEELER | ) | |
| CORRECTIONAL FACILITY; HERMAN | ) | |
| PITTMAN; SERGEANT DEMETRIUS | ) | |
| SPIKE; and OFFICER JOSE RAMOS | ) | |
| CASTILLO, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motion for summary judgment, (doc. no. 27), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendants, and **CLOSES** this civil action.

SO ORDERED this _____ day of June, 2026, at Augusta, Georgia.

_____

UNITED STATES DISTRICT JUDGE